## THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHAN D. PRATHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-12-964-R |
| ) | |
| OKLAHOMA COUNTY SHERIFF'S ) | |
| OFFICE, et al., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Bana Roberts entered October 25, 2012. Doc. No. 9. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and Plaintiff's Complaint is DISMISSED without prejudice to refiling.

IT IS SO ORDERED this 19th day of November, 2012.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE